No. 76–5285. MARTINI v. REPUBLIC STEEL CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–5298. WELTON v. NORENBERG. Ct. Civ. App. Tex., 9th Sup. Jud. Dist. Certiorari denied.

No. 76–5303. WATSON v. WARDEN, VIRGINIA STATE PENITENTIARY. Sup. Ct. Va. Certiorari denied.

No. 76–5314. LEE v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 76–5318. DIOQUINO v. WORKMEN'S COMPENSATION APPEAL BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–5323. MATTINGLY v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 76–5335. RICH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–5337. STATHAS v. COX ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–5342. BATES v. LITCHFIELD INDEPENDENT REVIEW ET AL. Dist. Ct. Minn., 8th Jud. Dist. Certiorari denied.

No. 76–5345. KINSLEY v. MALLAR, CHAIRMAN, STATE BOARD OF WORKMEN'S COMPENSATION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5346. CHESSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–5353. MELNYCZENKO v. HEWITT, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.